**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |

Date: November 01, 2017
Docket #: 17-2185mv
Short Title: In Re: Computer Sciences Corp.

DC Docket #: 14-cv-956
DC Court: CT (NEW HAVEN)
DC Judge: Arterton
DC Judge: Margolis

# NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for Rule 23(f) petition for leave to appeal class certification order filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, November 14, 2017.

Inquiries regarding this case may be directed to 212-857-8595.